IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

PASQUALE PETER GODUTO-03,

    Defendants.

CRIMINAL CASE NO.

1:11-cr-230-JEC

## **ORDER**

The above criminal action is presently before the Court on the Magistrate Judge's Final Report and Recommendation [214] recommending denying Pasquale Peter Goduto's Motion to Suppress Identification Testimony [151] and Motion to Sever [146]. No objections to the Report and Recommendation [214] have been filed. The Court has reviewed the Final Report and Recommendation [214] on the merits and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [214] **DENYING** Pasquale Peter Goduto's Motion to Suppress Identification Testimony [151] and Motion to Sever [146].

SO ORDERED this <u>2nd</u> day of FEBRUARY, 2012.

                                        <u>/s/ Julie E. Carnes</u>
                                        JULIE E. CARNES
                                        CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)