IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

LORI RENE ANDERSON,

    Defendant.

CRIMINAL CASE NO.

1:11-cr-230-05-JEC

## **ORDER**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [276] recommending denying defendants' Motion to Suppress Statements and Evidence [217]. On April 13, 2012, defendant filed Objections [278] to the report and recommendation. The Court has reviewed the Final Report and Recommendation [276] and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [276] **DENYING** denying defendants' Motion to Suppress Statements and Evidence [217].

SO ORDERED this 16th day of MAY, 2012.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE